**Jerry FLORIAN; et al., Plaintiffs–Appellants,**

**and**

**Fay Rogers; et al., Plaintiffs,**

**v.**

**Jason PERKINSON; et al., Defendants–Appellees.**

No. 07–16521.

United States Court of Appeals, Ninth Circuit.

Submitted March 10, 2008.*

Filed March 17, 2008.

Jerry Florian, Vernon, AZ, pro se.

Fay Rogers, Vernon, AZ, pro se.

Jacquelyn Dunckhurst, Vernon, AZ, pro se.

Sarah Florian, Vernon, AZ, pro se.

Zachary Florian, Vernon, AZ, pro se.

Donna Payne, Vernon, AZ, pro se.

Daniel R. Malinski, Esq., Burch & Cracchiolo, PA., Georgia A. Staton, Jones Skel-

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

ton & Hochuli, PLC, Phoenix, AZ, for Defendants–Appellees.

Before: T.G. NELSON, TASHIMA and BYBEE, Circuit Judges.

MEMORANDUM **

A review of the record and the responses to this court's order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

